**No. 62766.**—S. S. Kresge Co. v. United States, protest 302748–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of aquarium sea moss similar in all material respects to that the subject of *Westchester Aquarium Supply Co.* v. *United States* (36 Cust. Ct. 146, C.D. 1767), the claim of the plaintiff was sustained.

**No. 62767.**—F. W. Myers & Co., Inc. v. United States, protest 282114–K (Detroit).

Opinion by MOLLISON, J.   It was stipulated that the correct weights of the transit pipe are gross, 131,580 pounds; tare, 54,100 pounds; and net, 77,480 pounds.   The protest was sustained and the collector was directed to reliquidate on the basis of the above weights.

BEFORE THE SECOND DIVISION, FEBRUARY 19, 1959

**No. 62768.**—Grossman & Weissman, Inc. v. United States, protests 58/1278 and 58/3029 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 20, 1959

**No. 62769.**—Trizonia Corp. v. United States, protests 259996–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.